| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MINNESOTA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **RCM MANUFACTURING INCORPORATED**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **92-0311995**

**4. Debtor's address**

Principal place of business:
**12090 MARGO AVENUE SOUTH**
**HASTINGS, MN 55033-9412**
Number, Street, City, State & ZIP Code

**DAKOTA**
County

Mailing address, if different from principal place of business:
_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)** — **RCMMANUFACTURING.COM**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **RCM MANUFACTURING INCORPORATED** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **1611**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **RCM MANUFACTURING INCORPORATED**     Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **RCM MANUFACTURING INCORPORATED**     Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **RCM MANUFACTURING INCORPORATED**          Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 4, 2025**
MM / DD / YYYY

X **/s/ FRANKLIN E. CONNELLY**                 **FRANKLIN E. CONNELLY**
Signature of authorized representative of debtor       Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X **/s/ BRIAN A. GRAVELY**                 Date  **April 4, 2025**
Signature of attorney for debtor                  MM / DD / YYYY

**BRIAN A. GRAVELY 336749**
Printed name

**DUDLEY AND SMITH, P.A.**
Firm name

**1295 NORTHLAND DRIVE
SUITE 250
MENDOTA HEIGHTS, MN 55120**
Number, Street, City, State & ZIP Code

Contact phone  **651-291-1717**    Email address  **bgravely@dudleyandsmith.com**

**336749 MN**
Bar number and State

Debtor **RCM MANUFACTURING INCORPORATED**     Case number (*if known*)
   Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF MINNESOTA

Case number (*if known*) _____ Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **RCM EQUIPMENT, LLC** | | | Relationship to you | **AFFILIATE** |
| District | **MINNESOTA** | When | **4/01/25** | Case number, if known | **PENDING** |
| Debtor | **RCM SPECIALTIES, INC.** | | | Relationship to you | **AFFILIATE** |
| District | **MINNESOTA** | When | **4/01/25** | Case number, if known | **PENDING** |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 6

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RCM MANUFACTURING INCORPORATED** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| COMCAST BUSINESS 1701 JOHN F. KENNEDY BLVD PHILADELPHIA, PA 19103 | | UTILITY SERVICES | | | | $1.00 |
| DIESEL COMPONENTS INC. 670 EAST TRAVELERS TRAIL #105 BURNSVILLE, MN 55337 | | MERCHANDISE | | | | $1,955.37 |
| MEGAN C. CONNELLY 170 TOWER ROAD PRESCOTT, WI 54021 | | PROMISSORY NOTE | | | | $7,920.42 |
| O'REILLY AUTO PARTS 233 SOUTH PATTERSON AVENUE SPRINGFIELD, MO 65802 | | MERCHANDISE | | | | $1.00 |
| OIL-AIR PRODUCTS 13010 COUNTY ROAD 6 PLYMOUTH, MN 55441 | | MERCHANDISE | | | | $829.49 |
| TERMINAL SUPPLY CO. INC. 400 93RD AVENUE MINNEAPOLIS, MN 55433 | | MERCHANDISE | | | | $365.71 |

| Debtor | **RCM MANUFACTURING INCORPORATED** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TERRY'S HARDWARE 375 33RD STREET WEST HASTINGS, MN 55033** | | **MERCHANDISE** | | | | **$1.00** |

COMCAST BUSINESS
1701 JOHN F. KENNEDY BLVD
PHILADELPHIA PA 19103

DIESEL COMPONENTS INC.
670 EAST TRAVELERS TRAIL
#105
BURNSVILLE MN 55337

MEGAN C. CONNELLY
170 TOWER ROAD
PRESCOTT WI 54021

O'REILLY AUTO PARTS
233 SOUTH PATTERSON AVENUE
SPRINGFIELD MO 65802

OIL-AIR PRODUCTS
13010 COUNTY ROAD 6
PLYMOUTH MN 55441

SPIRAL HOLDINGS LLC
D/B/A 725 SPIRAL LLC
245 CONCORD EXCHANGE
SOUTH ST. PAUL MN 55075

TERMINAL SUPPLY CO. INC.
400 93RD AVENUE
MINNEAPOLIS MN 55433

TERRY'S HARDWARE
375 33RD STREET WEST
HASTINGS MN 55033

VERMILLION STATE BANK
107 EAST MAIN STREET
VERMILLION MN 55085